Dismissed and Memorandum Opinion filed July 22, 2004









Dismissed and Memorandum Opinion filed July 22, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00505-CV

____________

 

CAROLYN D. FAVER, Appellant

 

V.

 

B & W PAINT CONTRACTORS, INC., Appellee

 



 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 00-53889-A

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order granting appellee=s motion for summary judgment signed
July 21, 2003, and made final by a severance order signed March 17, 2004.  After the denial of appellant=s motion for new trial, appellant
filed a notice of appeal on May 14, 2004.

On July 15, 2004, appellant filed a motion to dismiss the
appeal because she no longer desires to appeal. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM








Judgment rendered and Memorandum
Opinion filed July 22, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.